**Order entered December 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01203-CV

### CHARLES BROOKS, Appellant

### V.

### CALATLANTIC HOMES OF TEXAS, INC., F/K/A STANDARD PACIFIC OF TEXAS, INC. AND STANDARD PACIFIC CORP., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03838**

## ORDER

The Court has before it appellant's December 21, 2016 first unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed February 7, 2017.

/s/     ELIZABETH LANG-MIERS
         JUSTICE